**Rose WORLEY–WHITE, Petitioner–Appellant,**

v.

**DEPARTMENT OF CORRECTIONS; Ronald Angelone, Respondents–Appellees.**

**No. 02–6511.**

United States Court of Appeals, Fourth Circuit.

Submitted July 8, 2002.

Decided July 18, 2002.

Rose Worley–White, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

---

* The parties consented to the exercise of jurisdiction by the magistrate judge in accordance

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rose Worley–White seeks to appeal the magistrate judge's order * denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *Worley–White v. Angelone,* No. CA–01–175 (E.D.Va. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

with 28 U.S.C.A. § 636(c)(1) (West 1993 & Supp.2002).